**EXCELSIS LAW, P.C.**
ZAINAH ALFI (SBN 304164)
C. GENEVIEVE JENKINS (SBN 271128)
2801 Hyperion Ave, Ste 104
Los Angeles, California 90027
Telephone:     213-340-0300
Facsimile:     213-340-0200
zalfi@excelsislaw.com

Attorneys for Plaintiffs

**JACKSON LEWIS P.C.**
KEVIN D. REESE (SBN 172992)
HAROLD R. JONES (SBN 209266)
50 California Street, 9th Floor
San Francisco, California 94111
Telephone:     (415) 394-9400
Facsimile:     (415) 394-9401
Kevin.Reese@jacksonlewis.com
Harold.Jones@jacksonlewis.com

**JACKSON LEWIS, P.C.**
CHRISTOPHER TRUXLER (SBN 282354)
400 Capitol Mall Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
christopher.truxler@jacksonlewis.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN ROGERS, HELLEN SCULLY, and NNEKA ANYANWU,<br><br>    Plaintiffs,<br><br>        vs.<br><br>DIGNITY HEALTH dba METHODIST HOSPITAL OF SACRAMENTO,<br><br>    Defendant. | Case No. 2:21-CV-00566 JAM CKD<br><br>[Assigned for All Purposes to the Hon. John A. Mendez]<br><br>**ORDER**<br><br>Case Removed: March 26, 2021<br><br>Trial date: Not yet set |

**ORDER**

Having reviewed the above Parties' Stipulation and good cause appearing therefor, Plaintiffs may file a First Amended Complaint within ten (10) days of entry of this order.

IT IS SO ORDERED.

DATED: May 25, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE